The jury's verdict resolved the contested issue of fact against the appellant.

Bill of exception No. 1 is qualified to show that the question complained of was not asked.

Bill of exception No. 2 seeks to complain of the closing argument of the County Attorney. The bill fails to show that such argument was not in reply to argument of appellant's counsel nor provoked or invited thereby. Such a bill presents nothing for review. Baker v. State, 154 Tex. Cr.R. 116, 225 S.W.2d 828, and Baggett v. State, 154 Tex.Cr.R. 618, 229 S.W.2d 801.

Finding no reversible error, the judgment of the trial court is affirmed.

## SIMMONS v. STATE.
### No. 25967.

Court of Criminal Appeals of Texas.
Oct. 29, 1952.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was charged with possession of unstamped liquor. He waived trial by jury and entered his plea of "guilty" before the court. His punishment was assessed at a fine of $100.

The record contains neither a statement of facts nor bills of exception. Nothing is presented for our consideration.

The judgment is affirmed.